

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

July 1, 2019

**VIA ECF**
Honorable Judge Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Figueroa v. FTD Companies, Inc.; Case No: 1:19-cv-03918-VEC

Dear Judge Caproni,

The undersigned represents Plaintiff Jose Figueroa (hereinafter "Plaintiff") in this action, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

This Letter is submitted in accordance with the Court's June 24, 2019 Order directing Plaintiff to inform the court whether it intends to stay this case. Plaintiff does not oppose a stay of the case pending bankruptcy proceedings.

Thank you for Your attention to this matter.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.